2003R01356

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mark Falk |
| v. | : | Mag. No. 04-3752 |
| ROMANY GEBRAEIL | : | 18 U.S.C. §§ 1030(a)(2)(C) and 1030(c)(2)(A) |

### I N F O R M A T I O N

The defendant having waived in open court any defense based on the statute of limitations, the United States Attorney for the District of New Jersey charges:

From in or about June 1997 through in or around December 1998, in Hudson County, in the District of New Jersey and elsewhere, defendant

ROMANY GEBRAEIL

did knowingly and intentionally exceed authorized access to a protected computer, as definted in Title 18, United States Code, Section 1030(e)(2)(B), by means of interstate communication, and thereby obtained information from such protected computer.

In violation of Title 18, United States Code, Sections 1030(a)(2)(C) and 1030(c)(2)(A).

8/6/08

*[signature]*
CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

CASE NUMBER: _____

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

ROMANY GEBRAEIL

## INFORMATION FOR

18 U.S.C. §§ 1030(a)(2)(C) and 1030(c)(2)(A)

CHRISTOPHER J. CHRISTIE
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

DAVID E. MALAGOLD
*ASSISTANT U.S. ATTORNEY*
(973) 645-6103

USA-48AD 8
(Ed. 1/97)